

# NUMBER 13-24-00563-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **MATT GARCIA** **D/B/A MATT WHITE CONTRACTING,** | **Appellant,** |
| **v.** | |
| **JAMES CALVIN LEROY AND** **LORENA CHAPA LEROY,** | **Appellees.** |

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

On November 7, 2024, appellant Matt Garcia d/b/a Matt White Contracting filed a notice of appeal from a judgment rendered in trial court case number 2023CCL663. On January 10, 2025, the Clerk of the Court notified appellant that the appellate brief is due to be filed on or before February 10, 2025. On March 4, 2025, appellant was notified that

his brief was past due. Appellant was further notified that if he fails to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the Clerk of the Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
1st day of May, 2025.

2